Printed: 08/23/10 10:32 AM

# Claims Distribution Small Checks

Trustee: **DOUGLAS J. WOLINSKY  (650015)**

Page: 1

Case:  06-12655-REL  -  FAVA, DONALD A

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | Check Amount: | $3.34 |
| 9200011001 0166 | 10115 | 08/23/10 | Payee: | | United States Bankruptcy Court | 73.86 | 73.86 | 3.34 | 3.34 |
| | | 2 | 06/15/07 | 610 | ADIRONDACK DAILY PO BOX 318 SARANAC LAKE, NY 12983 | | | | |

*signature*
8/25/10

REC'D & FILED
2010 AUG 25 PM 12:31
CLERK OF THE
BANKRUPTCY COURT
N.D. OF NY
ALBANY

(*) Denotes objection to Amount Filed